**Exhibit A to the Complaint**

**Location:** Los Altos, CA  
**Total Works Infringed:** 59  
**IP Address:** 73.93.174.164  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E6C0235152FEA617FF722557AD46D5891EFB04CE | Blacked | 02/13/2018 13:39:39 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 2 | 030B8276A2E4B491DDC5534009E2417F9CAA1362 | Tushy | 07/19/2017 08:21:32 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 3 | 0437257AAD91BE7EE769B580E3A7EFCA2FBA6CC5 | Blacked | 06/25/2017 21:28:11 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 4 | 097F3D08B5C5DDCC34B253B94F3F3E7D04E93E77 | Blacked | 02/15/2018 12:21:49 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 5 | 09DF1A4719225D9989EE50E1E7316F7AB9159B03 | Blacked Raw | 01/28/2018 15:12:12 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 6 | 14125F6533A2552A19E7D4960C7A60B00629444C | Blacked | 07/30/2017 10:21:52 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 7 | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 10/28/2017 10:51:13 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 8 | 1E88257B5A7E167737FB457C5D93EF92AE972CC2 | Blacked | 01/13/2018 11:21:21 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 9 | 2CEA82C6565500A67AA28B6E858B7BD104658DA5 | Blacked | 10/08/2017 07:55:54 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 10 | 33C8EEAB91488A15AD0412E64F7ADE7026BB6214 | Blacked Raw | 01/09/2018 16:23:43 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 11 | 37107D709399CD5D5D227EF421460DEED14EEDC8 | Blacked | 06/15/2017 03:26:46 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 12 | 38262352A10DC315E9CEFCA244BDD920156F0E4E | Blacked | 02/04/2018 17:58:03 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 13 | 3DC944A1AD966BC9391CEC53DEE47573EDCCB5A8 | Blacked | 12/06/2017 16:07:40 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 14 | 3E7F8AA5557DEAB0E3A3246CC9DA006C63423374 | Blacked | 11/14/2017 23:06:09 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 15 | 4100E5E7CB23BBE12DB5373112A2A31400BA8729 | Blacked | 10/01/2017 12:36:09 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 16 | 41B0235D1BFC0821806275E650E024915820E402 | Blacked | 12/06/2017 16:02:06 | 11/21/2017 | 01/04/2018 | PA0002069353 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 43D5AADB5699D50F9B695E629D7DC6CB0D5AB7C3 | Blacked | 07/02/2017 21:24:30 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 18 | 44F643A5684F6EECC6998380F393ED555B40E86B | Blacked | 11/14/2017 23:26:28 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 19 | 4A1780EB0A60E46C96E4099F658B26C45D741B00 | Blacked | 12/06/2017 13:50:33 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 20 | 4A397114BB6752E8E3B02A307A48241E2FCE9EBF | Vixen | 01/06/2018 06:45:08 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 21 | 55BDAEA1C28C1A3BC378C97ADE5046906662FF81 | Blacked | 08/12/2017 22:42:09 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 22 | 5CF8ACF22C5843DABAFCAB2361A1D5D07E5821EE | Blacked | 02/23/2018 11:41:38 | 02/19/2018 | 03/02/2018 | 16331855642 |
| 23 | 5E48CB4ED7C16FD66FBBA7681EE252C158DF061B | Blacked | 06/06/2017 12:12:56 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 24 | 6129F5C45914998ECC6D32BBA53E60026D0ED761 | Blacked | 01/13/2018 18:29:26 | 01/05/2018 | 01/18/2018 | 16199943644 |
| 25 | 62918C330DAF0E9F027CBED5ED5E7EAFD108C246 | Blacked | 08/17/2017 14:41:23 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 26 | 629542B40FD50A432C38A29B4A3AA82E94A73A66 | Blacked | 02/01/2018 06:37:56 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 27 | 63D85F8FE2921428995C90ACE057205213163B42 | Blacked | 12/25/2017 02:02:46 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 28 | 64A59E0155A476F1729AFE2417387FE8737CF0C4 | Blacked | 07/12/2017 03:50:09 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 29 | 64E8A4184F05F358CB7BE733EE97338820C31D0C | Blacked | 12/22/2017 03:23:23 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 30 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/19/2017 08:59:11 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 31 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 09/02/2017 20:10:08 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 32 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/25/2017 11:18:08 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 33 | 7D0D7BB80FF6E3A05B5EDDD5298A2E382BF98274 | Blacked | 11/14/2017 23:58:16 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 34 | 817DC38DAFC342D2CB4E93229E49736BEA5677EC | Blacked | 02/09/2018 02:19:17 | 01/30/2018 | 03/01/2018 | PA0002079186 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8578E84315C1726CA00BD19A6FB228412A348BC0 | Blacked | 08/27/2017 09:40:58 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 36 | 8CB126A7390C1A5F26670F6E34DC5FCBC6E365A1 | Blacked | 05/27/2017 14:27:38 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 37 | 990994F89690F9A3E78614F2186AEB2765478D4D | Blacked | 07/19/2017 06:43:07 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 38 | A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2 | Blacked | 01/28/2018 13:12:12 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 39 | AAEF35900B21EB937C389996E54918679A84C63A | Blacked | 07/24/2017 17:13:36 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 40 | AE99078133EB9BE953B7BC89598C4F251C5883DE | Blacked | 08/24/2017 18:54:30 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 41 | AFD467CD6644702A843CBCDD1DAD19A3EA10863A | Blacked | 02/04/2018 20:22:05 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 42 | B46F6346223A7EF85430AF036DCC40D553422E04 | Blacked | 09/30/2017 13:10:55 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 43 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/18/2017 11:45:26 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 44 | C16A75181E14E27ED6F6249448DDADC7A7016A0D | Blacked | 09/19/2017 14:33:29 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 45 | C2F7649FE7ECA813CF06509A80FCC0C5959195F3 | Blacked | 06/27/2017 00:52:36 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 46 | C4FED0E95E5EA3901A7818D4BE57700555013D30 | Blacked Raw | 01/28/2018 14:58:59 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 47 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 09/20/2017 07:25:02 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 48 | C8393D46AE9C7AFC3907055798CAE49F18D9C9FB | Blacked | 09/20/2017 07:24:39 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 49 | CA45C9876120A320221D85309FF66D2B05DB332F | Blacked Raw | 12/08/2017 06:55:19 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 50 | CE3D211E16559B8356A1306181381D8A1E7F98F3 | Blacked | 12/06/2017 10:57:14 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 51 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Raw | 12/07/2017 00:28:05 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 52 | D8F64BC3740763BFBA96DBD923F561C417E389F8 | Blacked | 07/12/2017 06:29:15 | 07/09/2017 | 08/17/2017 | PA0002077662 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | DFBAA1C866DF02E6D565BE54944F1BE750268AF3 | Blacked | 12/17/2017 13:50:26 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 54 | E49222EB236425C434143B6C3E9165E336EE05B8 | Blacked Raw | 12/08/2017 07:33:07 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 55 | E54618D0F31D450D08F63E9C3CA1FD302DB64881 | Blacked | 06/30/2017 00:18:33 | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 56 | EA39AD116E1AD82A259908E827ABCC1AAF1D19D5 | Vixen | 06/17/2017 12:29:15 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 57 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/17/2017 10:45:57 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 58 | EF9929EF02706E916257975A799BBDA3FB78B8B2 | Blacked | 12/02/2017 13:10:25 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 59 | F1DFDE579A54B77BD268E6E7DA0D104F1192AA09 | Blacked | 12/24/2017 14:25:35 | 12/16/2017 | 01/18/2018 | 16215824182 |