UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
415 522-2200

CASE NUMBER: 5:18-cv-02020-HRL  
CASE TITLE: Strike 3 Holdings, LLC v. JOHN DOE subscriber assigned IP address 73.93.174.164

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the Honorable Virginia K. DeMarchi in the San Jose division for all further proceedings. Counsel are instructed that all future filings shall bear the initials VKD immediately after the case number.

All hearings, motions and trial dates remain as scheduled. Existing briefing schedules for motions remain unchanged. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: June 4, 2018

FOR THE EXECUTIVE COMMITTEE

*Susan Y. Soong*  
_____  
CLERK OF COURT